

# NUMBER 13-17-00572-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**ROBERT MICHELENA,**                                           **Appellant,**

**v.**

**MONICA MICHELENA,**                                            **Appellee.**

### On appeal from the 357th District Court of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Contreras and Benavides Memorandum Opinion by Chief Justice Valdez

Appellant Robert Michelena attempted to perfect an appeal from an order entered on September 15, 2017 by the judge of the 357th District Court of Cameron County, Texas, in cause no. 2012-DCL-0482. Upon review of the documents before the Court, it appeared that the order from which this appeal was taken was not a final, appealable order. On October 13, 2017, the Clerk of this Court notified appellant of this defect so

that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that the appeal would be dismissed for want of jurisdiction if he failed to correct the defect or show grounds for continuing the appeal within ten days from the date of this notice. Appellant has not responded to the Court's notice.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See id.* Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See id.* R. 42.3(a),(c).

/s/ Rogelio Valdez
ROGELIO VALDEZ
Chief Justice

Delivered and filed the
14th day of December, 2017.